UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ERIC SEUBERT,

    Plaintiff,

v.                                                               Case No. 18-C-119

COMMISSIONER FOR SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

Plaintiff filed a motion for attorney's fees on July 20, 2018, and Defendant filed a brief indicating no opposition. Pursuant to the above, the Court awards Plaintiff attorney fees in the amount of $5,092.46 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act in this case. The award of attorney fees will satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this 1st day of August, 2018.

BY THE COURT:

  s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court